# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SPIWE KANYANGARARA**, *Plaintiff,* v. **STEP BY STEP, INC., et al.,** *Defendants.* | **Case No. 2:22-cv-02264-JDW** |

## ORDER

**AND NOW**, this 28th day of September, 2023, upon review of the Defendants Step By Step, Inc., Stephanie Schucker, and Christine Coughenour's Motion For Summary Judgment (ECF No. 19), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED** as to Counts I – XIII only.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, Spiwe Kanyangarara's Motion For Sanctions Seeking An Adverse Inference For Spoliation Of Evidence (ECF No. 20) is **DENIED**.

It is **FURTHER ORDERED** that, pursuant to 28 U.S.C. § 1367(c)(3), the Court will decline to exercise supplemental jurisdiction over Counts XIV and XV of the Complaint, so those claims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.